# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

Metalcraft of Mayville, Inc.    v.    The Toro Company

No. 16-2433

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Counsel must immediately file an updated Entry of Appearance if representation changes, including a change in contact information. Electronic filers must also report a change in contact information to the PACER Service Center. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

☐ Pro Se    ☒ As counsel for: Metalcraft of Mayville, Inc.
                              Name of party

I am, or the party I represent is (select one):

☐ Petitioner    ☐ Respondent    ☐ Amicus curiae    ☐ Cross Appellant

☐ Appellant    ☒ Appellee    ☐ Intervenor

As amicus curiae or intervenor, this party supports (select one):

☐ Petitioner or appellant    ☐ Respondent or appellee

| | |
|---|---|
| Name: | Sarah M. Wong |
| Law Firm: | Boyle Fredrickson, S.C. |
| Address: | 840 N. Plankinton Ave. |
| City, State and Zip: | Milwaukee, WI 53203 |
| Telephone: | 414-225-9755 |
| Fax #: | 414-225-9753 |
| E-mail address: | smw@boylefred.com |

Statement to be completed by counsel only (select one):

☐ I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

☐ I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

☒ I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): 12/10/2014

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only): ☐ Yes   ☒ No

☐ A courtroom accessible to the handicapped is required if oral argument is scheduled.

Date  Aug 18, 2016    Signature of pro se or counsel  /s/ Sarah M. Wong

cc:  Shane A. Brunner

Reset Fields