NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**METALCRAFT OF MAYVILLE, INC., dba Scag Power Equipment,**
*Plaintiff-Appellee*

v.

**THE TORO COMPANY, EXMARK MANUFACTURING CO., INC.,**
*Defendants-Appellants*

---

2016-2433, -2514

---

Appeals from the United States District Court for the Eastern District of Wisconsin in No. 2:16-cv-00544-WED, Chief Judge Rudolph T. Randa, Judge Lynn Adelman.

---

**ON MOTION**

---

**O R D E R**

The Toro Company and Exmark Manufacturing, Inc. (collectively, "Toro") move to expedite the briefing schedule in this appeal. Metalcraft of Mayville, Inc. d/b/a Scag Power Equipment ("Scag") does not oppose the motion.

The court previously ordered Toro to file its opening brief no later than September 12, 2016.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion to expedite is granted to the extent that Scag's response brief is due no later than October 12, 2016, Toro's reply brief is due no later than October 20, 2016, and the joint appendix is due no later than October 26, 2016. The case will be placed on the next available argument calendar after briefing is complete.

                                                FOR THE COURT

                                                /s/ Peter R. Marksteiner
                                                Peter R. Marksteiner
                                                Clerk of Court

s32